# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JOSEPH ANDREW WEAVER, #02354560 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00073-ALM-AGD |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 26, 2026, the Report of the Magistrate Judge, (Dkt. #45), was entered containing proposed findings of fact and recommendation that Petitioner's motion for summary judgment, (Dkt. #38), be denied.

Petitioner filed timely objections to the Report. (Dkt. #49). The Court has conducted a de novo review of the objections and the portions of the Report to which Petitioner specifically objects, along with all other relevant pleadings. Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Petitioner's motion for summary judgment, (Dkt. #38), is **DENIED** without prejudice.

**IT IS SO ORDERED**.

**SIGNED this 23rd day of July, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE